FULL NAME
NIKOLAS POOLE
COMMITTED NAME (if different)
AT-075359-9 UNIT8
FULL ADDRESS INCLUDING NAME OF INSTITUTION
ATASCADERO STATE HOSPITAL
P.O. BOX 7001 ATASCADERO, CA 93423
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MZ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NIKOLAS POOLE

PLAINTIFF,

v.

DR. JEFFREY DAVIS

DEFENDANT(S).

CASE NUMBER
2:23-cv-06084-JWH-PVC
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff ______________________

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY

Defendants ______________________

b. Court ______________________

c. Docket or case number ______________________

d. Name of judge to whom case was assigned ______________________

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______________________

f. Issues raised: ______________________

g. Approximate date of filing lawsuit: ______________________

h. Approximate date of disposition ______________________

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not NO APPARENT GRIEVANCE PROCEDURE.

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not ______________________

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff NIKOLAS POOLE
(print plaintiff's name)

who presently resides at ATASCADERO STATE HOSPITAL,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
ATASCADERO STATE HOSPITAL
(institution/city where violation occurred)

on (date or dates) 6·22·23 (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE**: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant JEFFREY DAVIS (full name of first defendant) resides or works at
   ATASCADERO STATE HOSPITAL (full address of first defendant)
   DOCTOR OF PSYCHIATRY (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   INCREASING MY MEDICATION TO FRAUDULENTLY CLAIM ME AS A MENTALLY ILL PATIENT, I BELIEVE I DON'T NEED MEDICATION

2. Defendant ______ (full name of first defendant) resides or works at
   ______ (full address of first defendant)
   ______ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant ______ (full name of first defendant) resides or works at
   ______ (full address of first defendant)
   ______ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant ____________________ resides or works at
(full name of first defendant)

____________________
(full address of first defendant)

____________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

____________________

____________________

5. Defendant ____________________ resides or works at

(full name of first defendant)

____________________
(full address of first defendant)

____________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

____________________

____________________

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

FRAUD

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

DR. DAVIS PUT ME ON 20mg OF ZYPREXA (OLANZIPINE) WHEN HE SHOULD HAVE STARTED ME ON 5mg, THE LOWEST DOSE. HE TOOK ME OFF OF ENVEGA BECAUSE HE SAID ITS TOO EXPENSIVE. HE DOESN'T TRY TO WORK WITH ME. HE SAYS HE'S GOING TO BOOST MY DOSAGE OF ZYPREXA TO 30mg NEXT WEEK. I'M SCARED BEING ON THIS MEDICATION. I DON'T THINK I SHOULD BE TAKING ANY MEDS. I THINK HIS DIAGNOSIS IS WRONG, HE DIAGNOSED ME SCHIZO SPECTRUM.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

AN UNLIMITED ACTION TO BE DETERMINED IN THE MILLIONS OF U.S. DOLLARS.

X 7 13 23
(Date)

X [signature]
(Signature of Plaintiff)

NIKOLAS POOLE
AT-075359-9 UNIT 8
ATASCADERO STATE HOSPITAL
P.O. BOX 7001
ATASCADERO, C.A. 93423
IN PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF C.A.

| | |
|---|---|
| NIKOLAS POOLE,<br>V.<br>STIRLING PRICE,<br>DR. DAVIS, JEFFREY. | CASE NO. ____<br>42 U.S.C. § 1983<br>CIVIL RIGHTS COMPLAINT |

TO THE UNITED STATES DISTRICT COURT:

DR. DAVIS PUT ME ON 20mg Zyprexa (olanzipine) WHEN HE SHOULD HAVE STARTED ME ON 5mg of Zyprexa. HE TOOK ME OFF OF ENVEGA BECAUSE HE SAID IT WAS TOO EXPENSIVE. HE DOESN'T TRY TO WORK WITH ME. HE SAYS HE'S GOING TO BUMP ME UP TO 30mg of Zyprexa NEXT WEEK. I'M SCARED BEING ON THIS MEDICATION. I DON'T THINK I SHOULD BE TAKING ANY MEDS. I THINK HIS DIAGNOSIS IS WRONG, HE DIAGNOSED ME SCHIZO SPECTRUM.

PRAYER FOR RELIEF
$5,000.00 PENALTY, AND TAKEN OFF MEDS.

DATE: 6-22-23 SIGN: [signature]

DATE: 6-22-23 SIGN: Clifford C. Soyer

CLIFFORD C. LOYER
AT-075393-7 UNIT 8
ATASCADERO STATE PRISON
P.O. BOX 7001
ATASCADERO, C.A. 93423

NEOPOST
07/14/2023
US POSTAGE $000.45⁰
ZIP 93422
041M11276316

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CV

[redacted]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF C.A.
255 E. TEMPLE ST
LOS ANGELES, C.A 90012